CHARLES BACKER et ux., appellants,

*v.*

JAMES C. DENMAN, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet.

*Mr. Wm. R. Wilson,* for appellants.

*Mr. P. H. Gilhooly,* for respondents.

PER CURIAM.

This decree unanimously affirmed.